478

433 A.2d 101

Commonwealth v. Colquitt, Appellant.

Submitted April 16, 1980. Harry E. Knafelc, for appellant; John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

433 A.2d 101

Commonwealth v. Daniels, Jr., Appellant.

Submitted November 14, 1980. John P. Liekar, for appellant; Daniel L. Chunko, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgments of sentence affirmed.